■

391 P.3d 1250

Jay D. CADIZ, Claimant-Appellant,

v.

QSI, INC., Employer-Appellee, and First Insurance Company of Hawai'i, Ltd., Insurance Carrier-Appellee

and

Jay D. Cadiz, Claimant-Appellant,

v.

QSI, Inc., Employer-Appellee, and First Insurance Company of Hawai'i, Ltd., Insurance Carrier-Appellee

NO. CAAP-14-0000594
NO. CAAP-16-0000029

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 31, 2017.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD (DOCKET NO. AB 2012-099 (2-10-46361)) (DOCKET NO. AB 2013-250 (2-11-46922))

SUMMARY DISPOSITION ORDER

Affirm.

■

391 P.3d 1250

STATE of Hawai'i, Plaintiff-Appellee,

v.

Colleen Michele HAMILTON, Defendant-Appellant.

NO. CAAP-15-0000870

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 31, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CR. NO. 15-1-0147K)

SUMMARY DISPOSITION ORDER

Affirm.

■

391 P.3d 1250

NATIONAL INTERSTATE INSURANCE COMPANY, INC., Plaintiff/Appellee,

v.

Savio REINHARDT, William Cornelio, Jr., Defendants/Appellees,

and

Kawika Franco, Individually and as Personal Representative for the Estate of Tiare Franco; Peaches Kong and Apples Elaban, as Next Friends of Lovely Franco (Minor); Taua Gleason, as Next Friend of Kolomana Kong Kaniaupio Gleason and Kaulana Kong Kaniaupio Gleason (Minors); and Cheryl Russell, as Next Friend of Jeanne Russell (Minor), Defendants/Intervenors/Appellants.

NO. CAAP-14-0001066

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 31, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (CIVIL NO. 13-1-0387(1))

MEMORANDUM OPINION

Vacate. Remand.

